IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE CITY OF WETUMPKA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:09-cv-991-MEF-CSC ) |
| RUSSELL CORPORATION, | ) (WO) ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of Plaintiff's Rule 39 Motion to Set Case for Jury Trial (Doc. #10), it is hereby

ORDERED that

(1) Defendant shall be required to show cause why this motion should not be granted by no later than 5:00 p.m. on Monday, December 21; and

(2) Plaintiff may file a reply by no later than 5:00 p.m. on Wednesday, December 30.

DONE this the 7th day of December, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE